UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 13-80 DSF (AGRx) | Date | 2/25/13 |
| Title | Rockwell L. Scharer, III v. OneWest Bank, FSB, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING Motion to Dismiss (Dkt. No. 13)

Defendant OneWest Bank, FSB's motion to dismiss was filed on February 11, 2013 with a hearing date of March 11. Opposition was due February 19. No opposition has yet been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for March 11 is removed from the Court's calendar.

The Court deems the lack of opposition to be consent to the motion. Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993). The motion to dismiss is GRANTED. Plaintiff may amend his complaint no later than March 7, 2013.

The Court notes that the failure to file a written statement that the motion would not be opposed violates Local Rule 7-9. Plaintiff's counsel is ordered to show cause in writing no later than March 1, 2013, why the Court should not issue sanctions against counsel in the amount of $100 for the failure to comply with the Local Rules. The Court will determine at that time whether a hearing will be set on the Order to Show Cause. Further failures to comply with the Local Rules will result in immediate sanctions.

IT IS SO ORDERED.