UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 13-80 DSF (AGRx) | Date | 9/5/14 |
|---|---|---|---|
| Title | Rockwell L. Scharer, III v. OneWest Bank, FSB, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DENYING Applications to Seal

On July 14 and August 25, Defendant requested sealing of certain evidence designated by Plaintiff as confidential subject to the protective order. Because the evidence pertained to a summary judgment motion, "compelling reasons" for sealing evidence must be shown. <u>Kamakana v. City and Cnty of Honolulu</u>, 447 F.3d 1172, 1179 (9th Cir. 2006). Both applications indicated that Plaintiff would file supporting papers in support of the under seal filings. To date, Plaintiff has not filed anything in support of the applications. Therefore, the applications to file under seal are DENIED. The exhibits are ordered to be filed for public view, subject to Federal Rule of Civil Procedure 5.2.

IT IS SO ORDERED.