**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKWELL L. SCHARER, | Case No.: CV 13-0080 DSF (AGRx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| ONEWEST BANK, FSB, a Corporation; EXPERIAN INFORMATION SOLUTIONS INC, an Ohio Corporation; EQUIFAX, INC., a Georgia Corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company; TRANSUNION CORP., a Delaware Corporation; DOES 1 through 20, inclusive, | |
| Defendant. | |

The Court having granted summary judgment in favor of defendants,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that the defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____9/8/14_____         _____
                                                           Dale S. Fischer
                                               United States District Judge